UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALBERT LEE MITCHELL,

Petitioner,

v.

BRIAN BIRKHOLZ,

Respondent.

Case No. 2:24-cv-01415-JWH-MAR

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge **ACCEPTED** and **ADOPTED**.

2. This case is **REINSTATED**.

3. Petitioner Albert Lee Mitchell is **DIRECTED** to respond in writing to the Court's February 26, 2024, Order to Show Cause [ECF No. 4] no later than September 4, 2026.

4. The Clerk is **DIRECTED** to send to Mitchell a copy of the Order to Show Cause [ECF No. 4] and this Order.

**IT IS SO ORDERED.**

Dated: August 3, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE