UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. **2:24-cv-01415-JWH-MAR** Date: November 9, 2026

Title *Albert Lee Mitchell v. Brian Birkholz*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: FAILURE TO PROVIDE CURRENT ADDRESS**

On February 14, 2024, Albert Lee Mitchell ("Petitioner"), proceeding pro se, filed a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF Docket No. ("Dkt.") 1. On February 26, 2024, the court ordered Petitioner to show cause ("OSC") as to why the Petition should not be dismissed as duplicative. Dkt. 4. The court subsequently dismissed the action for failure to prosecute. Dkt. 11. On August 3, 2026, the court re-instated the action and ordered Plaintiff to respond to the February 26, 2024 OSC by September 4, 2026. Dkt. 21.

It appears likely that Plaintiff has not received a copy of the court's order because, on August 24, 2026, the copy of the order that the Court mailed to Plaintiff was returned to the Court. Dkt. 22. Plaintiff has not, however, provided this Court with an updated correct mailing address, as required by the Local Rules.[1]

Thus, the Court is inclined to issue an Order dismissing the Petition for failure to prosecute. However, before doing so, the Court will give Plaintiff an opportunity to show cause in writing **within twenty-one (21) days** of this Order, **by November 26, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute and also for failure to keep the Court informed of a correct mailing address pursuant to Local Civil Rule 41-6. See Fed. R. Civ. P. 41(b); Local Civil Rule 41-6.

[1] Local Civil Rule 41-6 states as follows:

> A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.
>
> L.R. 41-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:24-cv-01415-JWH-MAR** Date: November 9, 2026

Title *Albert Lee Mitchell v. Brian Birkholz*

The Court will consider any of the following options to be an appropriate response to this OSC:

1. Plaintiff shall file a Notice of Change of Address and a response to the February 26, 2024 OSC, or
2. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).

**The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff(s),<br>v.<br>Defendant(s). | CASE NUMBER<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________________

______________________________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

______________________________ ______________________________
*Date* *Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***